IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 3:13-CV-4973-P |
| | § | |
| WILLIAM A. ACKMAN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The above-referenced case is TRANSFERRED to the docket of the Honorable David C. Godbey.

**IT IS SO ORDERED.**

Signed this _10th_ day of January, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE